**Dated: November 04, 2016**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In Re:

GARY G. SINGLETON,
    Debtor/Plaintiff,                                    Chapter 13
                                                            Case No. 15-20808-E
VS.                                                         Adversary No. 16-00021

WELLS FARGO BANK NATIONAL ASSOCIATION, and,
AMERICA'S SERVICING COMPANY,
    Creditor/Defendant.
_____

ORDER OF DEFAULT JUDGMENT
_____

This cause came before the Court upon Motion For Default Judgment. It appeared to the Court that the Complaint to Strip Lien of America's Servicing Company was filed on January 26, 2016; service of process was completed on April 4, 2016, via U.S. Mail; no answer has been filed, no appearance has been made by counsel, by pleading, or otherwise for Defendant; that counsel knows of no representation of Defendant; and it appeared to the Court that the Motion is well taken and should be sustained.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that a default judgment is awarded against the defendant and in favor of the plaintiff.

APPROVED:

/s/ Jimmy E. McElroy
Attorney for Debtor
3780 S. Mendenhall
Memphis, Tennessee 38115


  /s/ Sylvia F. Brown
Chapter 13 Trustee

Service List:
Debtor(s)
Debtor(s) Attorney
Case Trustee
America's Servicing Company, c/o Wilson and Associates, 5050 Poplar, Suite 115, Memphis, TN 38157
Wells Fargo Bank National Association, Bankruptcy Department, 464 California Street, San Francisco, CA 94104
America's Servicing Company, 3476 Stateview Blvd, Attn: Bankruptcy Department, MAC #D3347-014, Fort Mill, SC 29715